UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| YAN YU, | ) | |
| | ) | |
|       PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 07-212-P-H |
| | ) | |
| FAIRCHILD SEMICONDUCTOR, | ) | |
| | ) | |
|       DEFENDANT | ) | |

**ORDER OF DISMISSAL**

On January 23, 2008, the Magistrate Judge ordered the plaintiff either to pay the filing fee or to file an application to proceed *in forma pauperis* by February 13, 2008. The plaintiff has done neither.

Accordingly, the case is **DISMISSED** for failure to prosecute.

**SO ORDERED.**

**DATED THIS 14TH DAY OF FEBRUARY, 2008**

                                            /S/ D. BROCK HORNBY
                                            **D. BROCK HORNBY**
                                            **UNITED STATES DISTRICT JUDGE**